The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on March 5, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: March 5, 2018



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:  Natajlia Benn            )        Case No. 16-15763
                                 )        Chapter 13 Proceedings
           Debtor                )        Judge Arthur I Harris

### ORDER ON MOTION TO DISMISS CHAPTER 13

In Cleveland, Ohio in said district, this cause came on for hearing upon Debtor's Motion To Dismiss Chapter 13. After consideration of the pleadings and there being no other objections, this Court finds debtor's Motion to be well-taken; and

**THEREFORE,** Debtor's Motion To Dismiss Chapter 13 is hereby granted and the case is dismissed.

**IT IS SO ORDERED.**

Prepared by:

/s/ Renee Heller
Renee Heller (0062894)
Attorney for Debtors
14077 Cedar Road, Ste 101
Cleveland, OH 44118
(216) 691-0404; (216) 291-2970 (fax)
rhlegal@aol.com

## CERTIFICATE OF SERVICE

A copy of the foregoing *Order* was sent to the following:

Lauren Helbling, Trustee, ch13helbling@ch13cleve.com

Natajlia Benn, debtor, 11116 Langton Road, Garfield Heights, OH 44125

American Credit Systems, 400 West Lake Street, Ste 111, Roselle, IL 60172

Caine and Weiner, 15025 Oxnard Street, Ste 100, Van Nuys, CA 91411

Capital One, PO Box 30281, Salt Lake City, UT 84130

Car Finance, 7525 Irvine Ctr Rd., Ste 250, Irvine, CA 92618

Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057

Direct Loan SVC, PO Box 5609, Greenville, TX 75403-5609

DirecTV, PO Box 598004, Orlando, FL 32859

Diversified Consultants, Inc, PO Box 1391, Southgate, MI 48195-0391

FirstCredit Inc, PO Box 630838, Cincinnati, OH 45263-0838

Forever Car, 444 N. Orleans, #300, Chicago, IL 60654

Harley-Davidson Credit Corp., Dept 15129, Palatine, IL 60055-5129

Navient, PO Box 9655, Wilkes Barre, PA 18773

New Directions, 30800 Chagrin Boulevard, Cleveland, OH 44124

Plain Green Loans, 93 Mack Road, Suite 600, PO Box 270, Box Elder, MT 59521

United Collection Bureau, Inc., PO Box 165009, Columbus, OH 43216-5009

/s/ Renee Heller
Renee Heller
Attorney for Debtor